**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOE ALFRED IZEN, JR. and**<br> **ON POINT EVENTS, L.P.,** | § <br> § <br> § | |
| *Plaintiffs* | § <br> § | |
| **V.** | § <br> § | **CIVIL ACTION NO. 4:16-CV-00289** |
| **EVANSTON INSURANCE COMPANY and**<br>**MARKEL SERVICE, INC.,** | § <br> § <br> § | |
| *Defendants* | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE LYNN N. HUGHES:

Plaintiffs Joe Alfred Izen, Jr. and On Point Events, L.P. ( "Plaintiffs") and Defendants Evanston Insurance Company and Markel Service, Inc. ( "Defendants") file this Joint Notice of Settlement to advise the Court that the parties have reached a settlement in this matter. The parties require thirty (30) days to prepare and finalize the closing documents. Accordingly, the parties request that the Court stay all pre-trial and trial deadlines, including the deadline for filing a joint pretrial order by October 29, 2018 and the bench trial currently scheduled to begin November 6, 2018.

Respectfully Submitted,

THOMPSON COE COUSINS & IRONS, L.L.P.

By:   */s/ Christina A. Culver*
     CHRISTINA A. CULVER
     Texas State Bar No. 24078388
     Federal I.D. No. 2118731
     *E-Mail:* cculver@thompsoncoe.com
     One Riverway, Suite 1400
     Houston, Texas  77056-1988
     (713) 403-8210  Telephone
     (713) 403-8299  Facsimile
**COUNSEL FOR DEFENDANTS**
**EVANSTON INSURANCE COMPANY**
**AND MARKEL SERVICE, INCORPORATED**

1

And,

By: */s/ Joe Alfred Izen, Jr.* * _____

    JOE ALFRED IZEN, JR.
    Texas State Bar No. 10443500
    5222 Spruce Street
    Bellaire, Texas 77401
    (713) 668-8815
    (713) 668-9402 FAX
    jizen@comcast.net

**COUNSEL FOR PLAINTIFFS JOE ALFRED IZEN, JR. AND ON POINT EVENTS, L.P.**

*Signed by permission

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2018, a true and correct copy of the foregoing instrument was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure, as follows:

Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas 77401
***Counsel for Plaintiffs***

        */s/ Christina A. Culver*
        CHRISTINA A. CULVER