| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2018
David J. Bradley, Clerk

Joe Alfred Izen, Jr., *et al.*,　§
　　　　　　　　　　　　　　　§
　　　　　Plaintiffs,　　　　　§
　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　§　　Civil Action H-16-289
　　　　　　　　　　　　　　　§
Evanston Insurance Company, *et al.*,　§
　　　　　　　　　　　　　　　§
　　　　　Defendants.　　　　§

## Conditional Dismissal

1. Having been advised by the parties that they have reached a settlement, this case is dismissed with prejudice. (29)

2. By November 22, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

4. All pending deadlines are stayed.

Signed on October 18, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge