| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas

**ENTERED**
November 28, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Joe Alfred Izen, Jr., *et al.*, | § § § § | |
| Plaintiffs, | | |
| *versus* | § § | Civil Action H-16-289 |
| Evanston Insurance Company, *et al.*, | § § § | |
| Defendants. | | |

## Final Dismissal

1. No party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on November 26, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge